UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOHN DOMINGUEZ, | Case No.: **C09-04423 ADR BZ** |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| THOMAS, THOMAS, WICHTERMAN AND ASSOCIATES, LLC, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 2/12/10

_____
The Honorable
Phyllis
United S...

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*