UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOHN DOMINGUEZ,<br><br>    Plaintiff,<br>vs.<br><br>THOMAS, THOMAS, WICHTERMAN AND ASSOCIATES, LLC,<br><br>    Defendant. | Case No.: **C09-04423 ADR BZ**<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 2/12/10

_____
The Honorable
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1